# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRY LEVINSON,
            Appellant,
            vs.
THE STATE OF NEVADA,
            Respondent.

No. 68863

**FILED**

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Pursuant to this court's November 25, 2015, order, counsel for appellant has informed the court that appellant is deceased and that no personal representative will be substituted in appellant's stead as a party to this appeal. Accordingly, this appeal is dismissed and appellant's conviction will stand. *See Brass v. State*, 129 Nev. Adv. Op. 53, 306 P.3d 393 (2013).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Hon. Michael Villani, District Judge
      E. Brent Bryson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-04730